FRANK MANNING, *Plaintiff in Error, v.* THE PEOPLE, *Defendants
in Error.* — Judgment and conviction reversed, and proceedings
remitted to the Court of Sessions of Yates county for a new trial.

*Held,* that the error book contains no evidence of a premeditated design to commit the offense of maiming. (2 R. S., 664, § 27; *Godfrey* v. *The People,* 63 N. Y., 207; *Burke* v. *The People,* 4 Hun, 481.)